UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PERKINS, | No. 2:19-cv-1493-EFB P |
| Petitioner, | |
| v. | ORDER |
| SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO, | |
| Respondent. | |

Mr. Perkins is a state prisoner proceeding without counsel. This action was opened when the United States Court of Appeals for the Ninth Circuit transferred his petition for a writ of habeas corpus to this court. However, Mr. Perkins did not properly commence a civil action because the petition was not signed and he had neither paid the filing fee nor sought leave to proceed in forma pauperis. *See* Fed. R. Civ. P. 3; Rule 3, Rules Governing § 2254 Cases; *Woodford v. Garceau*, 538 U.S. 202, 203 (2003).

On August 14, 2019, the court informed him that it could not review his petition because he had not signed it. *See* Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."). The court also warned him that this action would be closed if he did not properly commence a civil action within 30 days, by filing a signed and

1

complete petition for writ of habeas corpus, and either paying the filing fee or filing an application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). Those 30 days have passed and Mr. Perkins has not filed the necessary documents or otherwise responded to the court's order.

As Mr. Perkins has not submitted a petition and either paid the filing fee or met the in forma pauperis requirements of 28 U.S.C. § 1915(a), there is simply no case before the court.

Accordingly, the Clerk is directed to close this case.

DATED: September 30, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE